DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TRENTON ALAN BROERS,**
Appellant,

v.

**COURTNEY ELIZABETH MILLER,**
Appellee.

No. 4D17-308

[March 1, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; David E. French, Judge; L.T. Case No. 50-2016-DR-012088-XXXX-SB.

Lara Shiner of Shiner Law Group, P.A., Boca Raton, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***